

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TERRANCE DEERING BLACK, | § | No. 08-12-00338-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 296th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Collin County, Texas |
| | § | |
| State. | § | (TC# 296-81761-2012) |
| | § | |

## **O R D E R**

The Court GRANTS the State's motion for extension of time to file the brief until **March 5, 2014.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Greg Willis, the State's Attorney, prepare the State's brief and forward the same to this Court on or before March 5, 2014.

IT IS SO ORDERED this 22nd day of January, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.